UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **STEPHEN SMIT,** | ) | **Case No. 08-C-558** |
| | ) | |
| **Plaintiff,** | ) | **Judge Kocoras** |
| | ) | |
| v. | ) | **Magistrate Judge Brown** |
| | ) | |
| **OFFICER KEELER #183, individually,** | ) | **Jury Demand** |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

To:   Toney Scrementi
      Cifelli, Scrementi, Cifelli & Spina, Ltd
      1010 Dixie Highway, Suite 212
      Chicago Heights, IL 60411

PLEASE TAKE NOTICE that on this 5th day of March 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **WAIVER OF SERVICE OF SUMMONS** for Defendant Officer Keeler**.**

/s/ David S. Lipschultz
GREGORY E. KULIS & ASSOCIATES, LTD.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 5th day of March 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned address(es) by U.S. Mail and electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**

S:\Federal Cases\Smit, Stephen\Pleadings\NOF.doc