**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| STEPHEN SMIT, | ) | | |
| Plaintiff, | ) | No. 08 C 558 | |
| vs. | ) | | |
| | ) | Judge Kocoras | |
| OFFICER KEELER #183, Individually | ) | | |
| | ) | Magistrate Judge Brown | |
| Defendants. | ) | | |

## NOTICE OF FILING

TO: Gregory E. Kulis & Assoc., 30 N. LaSalle St., Suite 2140, Chicago, IL 60602-3368

PLEASE TAKE NOTICE that I have this 24th day of March, 2008, caused to be filed Defendant's Answer to Complaint, a copy of which is herewith served upon you.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with the General Order on Electronic Case Filing (ECF), Defendants' Notice of Filing Affirmative Defense was filed and served pursuant to the Northern District of Illinois ECF system as to ECF filers on March 24, 2008.

    s/Anthony C. Scrementi
    CIFELLI, SCREMENTI,
    CIFELLI & SPINA, LTD.
    1010 Dixie Highway, Suite 212
    Chicago Heights, IL 60411
    (708) 754-6200